UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

March 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER BATLINER,<br>  aka "Dylan,"<br>  aka "dyl1669,"<br>  aka "dyl1769,"<br>  aka "dyl1768,"<br>  aka "dyl1779,"<br><br>    Defendant. | Case No. **15 CR 1632 CAB**<br><br><u>I N D I C T M E N T</u><br><br>Title 18, U.S.C., Sec. 2422 - Attempted Coercion of a Child for Criminal Sexual Activity; Title 18, U.S.C., Sec. 2251(d)(1) - Making a Notice or Advertisement Offering to Receive, Exchange, or Distribute Child Pornography; Title 18, U.S.C., Sec. 2252(a)(2) and (b) - Attempted Distribution of Child Pornography; Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Child Pornography; Title 18, U.S.C., Sec. 2232(a) - Removal of Property to Prevent a Lawful Seizure |

Count 1

On or about and between September 2011 and November 2011, within the Southern District of California and elsewhere, defendant CHRISTOPHER BATLINER, aka "Dylan," aka "dyl1669," aka "dyl1769," aka "dyl1768," aka "dyl1779," used a facility of interstate and foreign commerce to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, to wit: Lewd and Lascivious Acts Upon a Child, in violation of California Penal Code Section 288(a); all in violation of Title 18, United States Code, Section 2422.

STJ:nlv(1):San Diego
6/18/15

## Count 2

On or about and between June 2011 and December 2011, within the Southern District of California and elsewhere, defendant CHRISTOPHER BATLINER, aka "Dylan," aka "dyl1669," aka "dyl1769," aka "dyl1768," aka "dyl1779," knowingly made and caused to be made a notice and advertisement seeking to receive, exchange, and distribute a visual depiction the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mailed and such notice and advertisement was transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mailed; in violation of Title 18, United States Code, Section 2251(d)(1).

## Count 3

On or about July 2011, within the Southern District of California and elsewhere, defendant CHRISTOPHER BATLINER, aka "Dylan," aka "dyl1669," aka "dyl1769," aka "dyl1768," aka "dyl1779," knowingly attempted to distribute any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

//
//
//

## Count 4

On or about December 12, 2013, within the Southern District of California and elsewhere, defendant CHRISTOPHER BATLINER, aka "Dylan," aka "dyl1669," aka "dyl1769," aka "dyl1768," aka "dyl1779," knowingly possessed at least one matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and had been shipped and transported in and affecting interstate and foreign commerce, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct; all in violation of Title 18 United States Code Section 2252(a)(4)(B).

## Count 5

On or about December 12, 2013, within the Southern District of California, defendant CHRISTOPHER BATLINER, aka "Dylan," aka "dyl1669," aka "dyl1769," aka "dyl1768," aka "dyl1779," before, during, and after a search for and seizure of property by any person authorized to make such search and seizure, knowingly disposed of, transferred, and otherwise took an action and knowingly attempted to dispose of, transfer, and otherwise take an action, for the purpose of preventing or impairing the Government's lawful authority to take such property into its custody and control and to continue holding such property under its lawful custody and control; in violation of Title 18, United States Code, Section 2232(a).

DATED: June 19, 2015

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
SCOTT T. JONES
Assistant U.S. Attorney

3