2015 JUN 19 PM 3:01

CASE UNSEALED PER ORDER OF COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER BATLINER,
  aka "Dylan,"
  aka "dyl1669,"
  aka "dyl1769,"
  aka "dyl1768,"
  aka "dyl1779",

    Defendant.

Case No. 15 CR 1632 CAB

NOTICE OF RELATED CASE

SEALED

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. Christopher Batliner, Case No. 14CR0357-CAB, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

  __X__  (1) More than one indictment or information is filed or pending against the same defendant or defendants.

  _____  (2) Defendant is currently on probation/supervised release.

  _____  (3) Defendant is charged with escape.

DATED: June 17, 2015.

                              for /s/ Paul C.
                              LAURA E. DUFFY
                              United States Attorney