AO 442 (Rev. 11/11) Arrest Warrant

~~SEALED~~ UNSEALED 7/1/15

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
JUN 24 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____MP____ DEPUTY

| United States of America<br>v.<br>Christopher Batliner, a.k.a. "Dylan," a.k.a. "dyl1669,"<br>a.k.a. "dyl1769," a.k.a. "dyl11768," a.k.a. "dyl1779"<br><br>Defendant | ) ) ) ) ) ) ) | Case No. **'15 MJ 1 8 7 0** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher Batliner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C., Sec. 2422 – Attempted coercion of a child for criminal sexual activity;
Title 18, U.S.C., Sec. 2251(d)(1) – Making a notice or advertisement offering to receive, exchange, or distribute child pornography

Date: 06/18/2015

_____
*Issuing officer's signature*

City and state: San Diego, California

Nita L. Stormes, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/18/15, and the person was arrested on *(date)* 6/19/15
at *(city and state)* San Diego, CA

Date: 6/19/15

Meaghan Queally
*Arresting officer's signature*

HSI SA Meaghan Queally
*Printed name and title*

⑤ KM

AO 442 (Rev. 11/11) Arrest Warrant

9431949



UNSEALED 7/1/15

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
JUN 25 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America
v.
Christopher Batliner, a.k.a. "Dylan," a.k.a. "dyl1669,"
a.k.a. "dyl1769," a.k.a. "dyl11768," a.k.a. "dyl1779"

Case No. '15 MJ 1870

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher Batliner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C., Sec. 2422 – Attempted coercion of a child for criminal sexual activity;
Title 18, U.S.C., Sec. 2251(d)(1) – Making a notice or advertisement offering to receive, exchange, or distribute child pornography

Date: 06/18/2015

*Issuing officer's signature*

City and state: San Diego, California

Nita L. Stormes, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/1/15 and the person was arrested on *(date)*
at *(city and state)*

Date:

DATE:
ARRESTED BY:
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

*Arresting officer's signature*

*Printed name and title*

3705      HSI