AO 442

In cust. @ MCC

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 5 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

V.

Christopher Batliner (1) aka "Dylan," aka "dyl1669," aka "dyl1769," aka "dyl1768," aka "dyl1779"

WARRANT FOR ARREST

Case Number: 15cr1632-CAB

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Christopher Batliner (1)
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:2422 - Attempted Coercion of a Child for Criminal Sexual Activity;
18:2251(d)(1) - Making a Notice or Advertisement Offering to Receive, Exchange, or Distribute Child Pornography;
18:2252(a)(2) and (b) - Attempted Distribution of Child Pornography;
18:2252(a)(4)(B) - Possession of Child Pornography;
18:2232(a) - Removal of Property to Prevent a Lawful Seizure

In violation of Title    See Above    United States Code, Section(s)

John Morrill                              Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

s/ T. Hernandez                           6/19/2015 at San Diego, CA
Signature of Deputy                       Date and Location

Bail fixed at $    No Bail                by ___ The Honorable Nita L. Stormes
                                          Name of Judicial Officer

This warrant was received and executed with the arrest of the above-named defendant.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |