UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 15-CR-1632-CAB |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION ON |
| CHRISTOPHER BATLINER | ) | DEFENDANT'S WAIVER OF BAIL |
| Defendant. | ) | |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was set for June 23, 2015, in order to determine whether Defendant Christopher Batliner ("the Defendant") should be held in custody pending trial, on the grounds that the Defendant is a flight risk and a danger to the community. Assistant U.S. Attorney Scott T. Jones appeared on behalf of the United States. Defendant was represented at the hearing by attorney Robert Boyce.

At the hearing, the Defendant knowingly and voluntarily waived his right to the setting of bail and a detention hearing, on the record and in the presence of counsel. Based on that waiver, the Court orders that the Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the Defendant for such relief.

//

//

15-CR-1632-CAB

**O R D E R**

IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to bail and a detention hearing at a future date or the Government's right to seek detention in the event of such an application.

IT IS SO ORDERED.

DATED: June 26, 2015

THE HON. DAVID H. BARTICK
United States Magistrate Judge
United States District Court
Southern District of California

15-CR-1632-CAB