ROBERT E. BOYCE
State Bar No. 79806
BOYCE & SCHAEFER
Attorney at Law
934 23rd Street
San Diego, CA 92102
619/232-3320
rb@boyce-schaefer.com

Attorney for Defendant
CHRISTOPHER BATLINER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15CR1632-CAB |
| Plaintiff, | **NOTICE OF MOTION AND MOTION:** |
| v. | **1) TO COMPEL DISCOVERY/PRESERVE EVIDENCE; AND** |
| CHRISTOPHER BATLINER, | **2) GRANT LEAVE TO FILE FURTHER MOTIONS** |
| Defendant. | |
| | Date: July 17, 2015<br>Time: 10:30 a.m. |

TO: LAURA DUFFY, UNITED STATES ATTORNEY and SCOTT JONES, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on July 17, 2015, at 10:30 a.m., defendant CHRISTOPHER BATLINER, by and through his counsel, Robert E. Boyce, will ask this Court to enter an Order granting the following motions: 1) to compel discovery/preserve evidence, and 2) for leave to file additional motions.

///

///

///

///

///

-1-

**MOTIONS**

CHRISTOPHER BATLINER, defendant herein, by and through his counsel, Robert E. Boyce, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

    1.    Compel discovery/preserve evidence; and

    2.    Grant leave to file further motion.

These motions are based upon the instant notice of motion and motion, the attached memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this Court's attention prior to or during the hearing on these motions.

                      Respectfully submitted,

Dated: July 2, 2015                  /s/ Robert E. Boyce
                                        ROBERT E. BOYCE
                                        Attorney for Defendant
                                        CHRISTOPHER BATLINER