ROBERT E. BOYCE
State Bar No. 79806
BOYCE & SCHAEFER
Attorney at Law
934 23rd Street
San Diego, CA  92102
619/232-3320
rb@boyce-schaefer.com

Attorney for Defendant
CHRISTOPHER BATLINER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 15CR1632-CAB |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| CHRISTOPHER BATLINER, ) | |
| Defendant. ) | |

I, the undersigned, say:

That I am over eighteen years of age; I am a resident of the County of San Diego, State of California; and my business address is 934 23rd Street, San Diego, California 92102.  On July 2, 2015, I caused service of:

**NOTICE OF MOTION AND MOTION:**

**1)     TO COMPEL DISCOVERY/PRESERVE EVIDENCE; AND**

**2)     GRANT LEAVE TO FILE FURTHER MOTIONS**

on opposing counsel by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I certify under penalty of perjury the foregoing is true and correct.  Executed July 2, 2015.

/s/ Robert E. Boyce